IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Cause No. 1:13-cr-10018-001

KEVIN LATODD YOUNG                                                                          DEFENDANT

# ORDER OF DETENTION

On July 19, 2012, Defendant was sentenced by this Court to a term of imprisonment of twelve months and one day and sixty (60) months supervised released, following his conviction for Failure to Register as a Sex Offender. He was released to supervision on February 8, 2013. On January 30, 2015, the Government filed its third petition to revoke Defendant's supervised release. ECF No. 21. The Petition alleged Defendant had violated Arkansas criminal law by committing the offense of Domestic Battery 3rd Degree. A hearing was held on February 10, 2015 to determine whether Defendant should be detained pending a final resolution of the Petition to Revoke Supervised Release. At this hearing the Government called Sarah Higgins and U.S. Probation Officer David Baker as witnesses. The Defendant did not offer any evidence.

The Court having reviewed the factors pursuant to 18 U.S.C. § 3142(g), considered original Pre-sentence Report, the updated criminal history provided by the U.S. Probation Office, the testimony from the witnesses, and arguments of counsel, finds as follows:

**A. Findings of Fact**:

1. There have been two prior petitions to revoke Defendant's Supervised Release. The first resulted in a period of home incarceration for Defendant. The second was taken under advisement

and then dismissed with no action.

2. On January 28, 2015, Defendant assaulted Sarah Higgins, his former girlfriend, by chocking her with his hands. Defendant also told Ms. Higgins that if he were going to jail she was "going to the ER or the hospital." Defendant's 14 year old daughter called the police when Defendant became violent. Defendant was arrested for the offense of Domestic Battery 3rd Degree and state criminal charges are pending.

3. Defendant failed to report at least one prior contact with law enforcement as required by his conditions of supervised release.

4. According to U.S. Probation Officer David Baker, there have "generally" been problems with Defendant's compliance with supervised release. Defendant has not always been truthful with the USPO. Defendant has not always communicated as directed with the USPO. On more than one occasion while subject to electronic monitoring and supposedly at work, Defendant told his employer a different story than what he told the USPO about his location. Defendant has had contact with a known convicted felon, Donnie Clemmons, on multiple occasions, in violation of the conditions of his supervised release.

5. Defendant's prior criminal history contains multiple incidents of either sexual assault or other crimes of violence against women.

6. Defendant did maintain employment and could go back to work if released.

**B.  Conclusions of Law**:

1. Defendant is alleged to have committed a crime of violence.

2. There is probable cause to believe Defendant committed the crime charged and the weight

of the evidence and information submitted at this hearing indicates the Defendant in fact likely committed the crime alleged in the petition.

3.  Because of his history of violence, and his continuing inability to comply with the terms and conditions of his supervised release, I find by clear and convincing evidence Defendant constitutes a danger to other persons and the community.

4.  It does appear likely the Defendant would appear as ordered if released.

5.  There is no condition or combination of conditions which will reasonably assure the safety of other persons or the community should Defendant be released. Accordingly, he should be detained without bond.

**IT IS ORDERED**, the Defendant, KEVIN LATODD YOUNG, is ordered remanded to the custody of the U.S. Marshal to await final hearing in this matter.

**SIGNED** this **11th day of February 2015.**

                                                      /s/ Barry A. Bryant
                                                  HONORABLE BARRY A. BRYANT
                                                  UNITED STATES MAGISTRATE JUDGE